# CHANCERY SENTINEL.

C. F. PAUL, *Publisher*.].......$1.00 FOR ANNUM......[O. L. BARBOUR, *Reporter*.

Vol. V.]          SARATOGA SPRINGS, OCT. 7, 1845.          [No. 6.

## Court of Chancery.

### DECISIONS OF THE CHANCELLOR,
OCTOBER 7—1845.

*Fredcrick Pentz* v. *Ezra Hawley et al.* S. SHERWOOD, for complainant ; M. T. REYNOLDS, for receiver. Order for receiver to show cause why an injunction should not be granted, discharged with costs.

*William A. F. Pentz* v. *Ezra Hawley et al.* S. JONES MUMFORD, for complainant ; ISAAC PRUYN, for receiver.— The same order as in last case.

*In the matter of the petition of Francis E. Parker, one of the legatees of C. Walker deceased.* T. SEDGWICK, for appellants. Order of the surrogate of the city and county of New-York, rejecting the petition of the appellant for directions to an executor in relation to the discharge of his trust, affirmed.

*Andrew S. Garr adm'r &c. of Colin Mitchell deceased* v. *Michael G. Bright et al.* W. C. NOYES, for appellant ; L. HOYT, for respondent. Decided that the provisions of the revised statutes in relation to costs in actions at law brought by executors and administrators, as such, do not apply to suits in this court. And that the principle that costs in equity are in the discretion of the court applies to suits brought in the court of chancery by executors or administrators, as well as to suits brought by other persons.

*Costs in suits bro't by executors, &c.*

That where a bill is filed by an executor or administrator which upon its face is not sustainable—i. e. where the matter in dispute does not depend upon a question of fact but one of law, and such suit is brought against a stranger to the estate,